United States District Court
Southern District of Texas
**ENTERED**
December 27, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MARVIN J. FONTENOT, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:22-CV-01866 |
| § | |
| PHILLIPS 66 COMPANY, § | |
| § | |
| Defendant. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the Parties' Rule 41(a)(1)(ii) Stipulation of Dismissal with Prejudice (Dkt. No. 19), it is hereby ORDERED that this matter is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that each party shall bear its own costs and attorney's fees.

SIGNED on December 27, 2023, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge